UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cr-86

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER AND JUDGMENT** |
| | ) | **CONFIRMING FORFEITURE** |
| (1) RONNIE LEE NEELY, | ) | |
| | ) | |
| Defendant. | ) | |

On July 12, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to 21

U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's conviction at trial by the

jury on Counts One and Two in the Second Superseding Bill of Indictment and evidence already

on record; and was adjudged guilty of the offenses charged in those counts.

On July 19, 2011 through August 17, 2011, the United States published via

www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the

forfeited property according to law, and further notifying all third parties of their right to petition

the Court within sixty days from July 19, 2011 for a hearing to adjudicate the validity of any

alleged legal interest in the property. It appears from the record that no such petitions have been

filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds,

in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is

forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as

final. All right, title, and interest in the following property, whether real, personal, or mixed, has

therefore been forfeited to the United States for disposition according to law:

**The sum of $8,000 in United States currency seized from Dwayne Renwick on or about November 9, 2009; and**

**The sum of $11,430 in United States currency, scales, and a hydraulic shop press seized from Defendant's residence on or about June 3, 2010.**

Signed: February 23, 2012

Robert J. Conrad, Jr.
Chief United States District Judge